**Charles J. Lange and Josepha Lange, trading as Lange & Company, appellees, v. Louis Bernstein and Rebecca Bernstein, appellants. Gen. No. 29,864.**

Action to recover commission on sale of leasehold and furnishings. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed April 13, 1925.

Harry Bierma, for appellants. Thompson, Tyrrell & Chambers, for appellees; Walter H. Chambers, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

**Grant A. Ritter and Alfred Bader, copartners, trading as Rex Realty Company, appellees, v. Bernard A. Rooney, appellant. Gen. No. 29,873.**

Action to recover commission on sale of real estate. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. George A. Curran, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Reversed with judgment of *nil capiat*. Opinion filed April 13, 1925.

Loucks, Eckert & Peterson, for appellant; John D. Peterson and Tom Leeming, of counsel. Van Natta & King, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

---

**Roy J. Baranski, appellee, v. Yellow Cab Company, appellant. Gen. No. 29,903.**

Action to recover damages for personal injuries sustained in being struck by defendant's taxicab. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. John P. McGoorty, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed April 13, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Moloney & Postelnek, John E. Kehoe and Busby, Weber, Miller & Donovan, for appellant; Benjamin Samuels, of counsel. James C. McShane, for appellee; George H. Meyer, of counsel.

Mr. Justice Matchett delivered the opinion of the court.